1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California  95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  SCOTT LEWIS CRUMB

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  NO. CR.S-09-77-GEB
                                   )
12                 Plaintiff,      )
                                   )  **STIPULATION AND [PROPOSED] ORDER**
13       v.                        )  **CONTINUING CHANGE OF PLEA HEARING**
                                   )  **AND EXCLUDING TIME**
14  SCOTT LEWIS CRUMB,             )
                                   )
15                                 )  Date:  May 29, 2009
                   Defendant.      )  Time:  9:00 a.m.
16  _____   Judge: Garland E. Burrell, Jr.

17

18       IT IS HEREBY STIPULATED by and between the parties hereto through

19  their respective counsel, LAUREL WHITE, Assistant United States

20  Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant

21  Federal Defender, attorney for Defendant, that the change of plea

22  hearing date of May 29, 2009 be vacated, and the matter be set for

23  change of plea on June 19, 2009 at 9:00 a.m.

24       Counsel for the government has provided a proposed plea agreement

25  to defense counsel.  Defense counsel seeks additional time to continue

26  discussions with counsel for the government toward resolution of the

27  case.

28       Based upon the foregoing, the parties agree that the time under

1 the Speedy Trial Act should be excluded from the date of signing of

2 this order through and including June 19, 2009 pursuant to

3 18 U.S.C. §3161 (h)(8)B)(iv)[reasonable time to prepare] and Local Code

4 T4 based upon continuity of counsel and defense preparation.

5 Dated:  June 1, 2009

6                                          Respectfully submitted,

7                                          DANIEL J. BRODERICK
                                           Federal Public Defender
8

9                                          /s/ Linda C. Harter
                                           LINDA C. HARTER
10                                         Chief Assistant Federal Defender
                                           Attorney for Defendant
11                                         SCOTT LEWIS CRUMB

12

13 Dated:  June 1, 2009                    McGREGOR W. SCOTT
                                           United States Attorney
14

15                                         /s/ Linda Harter for
                                           LAUREL WHITE
16                                         Assistant U.S. Attorney
                                           Attorney for Plaintiff

17

18                       **O R D E R**

19    **IT IS SO ORDERED.**  Time is excluded from today's date through and

20 including June 19, 2009 in the interest of justice pursuant to

21 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local

22 Code T4.

23 Dated:  June 2, 2009

24

25 _____
   GARLAND E. BURRELL, JR.
26 United States District Judge

27

28

Stipulation & Order/Scott Crumb                2