```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  LAUREL D. WHITE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2700
 5
 6
 7
 8               IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   2:09-CR-00077-GEB
                                 )
12         Plaintiff,             )  PRELIMINARY ORDER OF
                                 )  FORFEITURE
13      v.                       )
                                 )
14  SCOTT LEWIS CRUMB,           )
                                 )
15         Defendant.             )
    _____)
16
17       Based upon the plea agreement entered into between plaintiff
18  United States of America and defendant Scott Lewis Crumb it is
19  hereby
20       ORDERED, ADJUDGED AND DECREED as follows:
21       1.  Pursuant to 18 U.S.C. § 2253, defendant Scott Lewis
22  Crumb's interest in the following property shall be condemned and
23  forfeited to the United States of America, to be disposed of
24  according to law:
25           a)   HP Pavillion Laptop, SN: CND6273RRM;
26           b)   Fujitsu 60 GB Hard Drive, SN: NS89T652E299;
27           c)   Dell Dimension Desktop Computer, SN: CN-0Y0919-
                  70821-374-56GO with hard drive; and
28
```

1             d)    4 Computer Disks (Memorex CD-R's).

2       2.   The above-listed property constitutes or is traceable to gross profits or other proceeds obtained directly or indirectly from a violation of 18 U.S.C. § 2252(a)(4)(B), or was used or intended to be used to commit or to promote the commission of a violation of the aforementioned statute.

3       3.   Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States, in its secure custody and control.

4       4.   a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 83-171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

            b.   This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice,

whichever is earlier.

5.   If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests will be addressed.

Dated:  June 26, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge