```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  LAUREL D. WHITE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,      )    2:09-cr-00077-GEB
                               )
         Plaintiff,            )    FINAL ORDER OF FORFEITURE
                               )
    v.                         )
                               )
SCOTT LEWIS CRUMB,             )
                               )
         Defendant.            )
_____)
```

WHEREAS, on June 26, 2009, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253 based upon the plea agreement entered into between plaintiff and defendant Scott Lewis Crumb forfeiting to the United States the following property:

        a)    HP Pavillion Laptop, SN: CND6273RRM;

        b)    Fujitsu 60 GB Hard Drive, SN: NS89T652E299;

        c)    Dell Dimension Desktop Computer, SN: CN-0Y0919-70821-374-56GO with hard drive; and

        d)    4 Computer Disks (Memorex CD-R's).

AND WHEREAS, beginning on June 30, 2009, for at least 30 consecutive days, the United States published notice of the

1  Court's Order of Forfeiture on the official internet government
2  forfeiture site www.forfeiture.gov.  Said published notice
3  advised all third parties of their right to petition the Court
4  within sixty (60) days from the first day of publication of the
5  notice for a hearing to adjudicate the validity of their alleged
6  legal interest in the forfeited property.
7       AND WHEREAS, the Court has been advised that no third party
8  has filed a claim to the subject property, and the time for any
9  person or entity to file a claim has expired.
10       Accordingly, it is hereby ORDERED and ADJUDGED:
11       1.  A Final Order of Forfeiture shall be entered forfeiting
12  to the United States of America all right, title, and interest in
13  the above-listed property pursuant to 18 U.S.C. § 2253, to be
14  disposed of according to law, including all right, title, and
15  interest of Scott Lewis Crumb.
16       2.  All right, title, and interest in the above-listed
17  property shall vest solely in the United States of America.
18       3.  The United States Marshals Service shall maintain
19  custody of and control over the subject property until it is
20  disposed of according to law.
21  Dated:  February 9, 2010

                          _____
                          GARLAND E. BURRELL, JR.
                          United States District Judge